1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2
   EUMI L. CHOI (WVSBN 0722)
3  Acting Chief, Criminal Division

4  ROBERT REES (CSBN 229441)
   Assistant United States Attorney
5
   ELAINE CHAO
6  Law Clerk

7     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
8     Telephone: (415) 436-7149
      Fax: (415) 436-7234
9     email: robert.rees@usdoj.gov

10 Attorneys for Plaintiff

11                    UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13                     SAN FRANCISCO DIVISION

14 UNITED STATES OF AMERICA,        )   Case No. CR 05-00414 MAG
                                    )
15        Plaintiff,                )
                                    )   **ORDER FOR SUMMONS**
16    v.                            )
                                    )
17 EMMYLOU ROSKA,                   )
                                    )
18        Defendant.                )
                                    )
19 _____)

20      Having reviewed the Declaration of Elaine Chao, the Court finds that probable cause exists to

21 believe that an offense has been committed.   Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3),

22 the Clerk of Court is directed to issue a summons directing defendant Emmylou Roska appear on

23 August 2, 2005, at 9:30 am before Magistrate Judge Bernard Zimmerman to answer the

24 Information that has been filed by the United States Attorney.

25      IT IS SO ORDERED.

26

27 Dated:  7/15/05                   _____
                                    EDWARD M. CHEN
28                                  United States Magistrate Judge

   ORDER FOR SUMMONS
   Case No. CR 05-00414 MAG