KEVIN RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVSBN 0722)
Chief, Criminal Division

ROBERT D. REES (CASBN 229441)
Assistant United States Attorney

ELAINE CHAO
Law Clerk

450 Golden Gate Avenue, 11th Floor
San Francisco, California  94102
Telephone:  (415) 436-7149
Fax:  (415) 436-7234
Email: elaine.chao@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> EMMYLOU ROSKA, ) <br> ) <br> Defendant. ) <br> _____ ) | CR No.: 05-00414 MAG <br><br> STIPULATION AND <br> <u>ORDER EXCLUDING TIME</u> |

On August 2, 2005, the parties in this case appeared before the Court for an initial appearance and identification of counsel.  At that time, the parties stipulated that time should be excluded from the Speedy Trial Act calculations from August 2, 2005 to August 30, 2005 for continuity of counsel and for effective preparation of defense counsel.  The parties represented that granting the continuance was the reasonable time necessary for continuity of defense counsel and effective preparation of defense counsel, taking into account the exercise of due diligence.  <u>See</u> 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice

Stipulation and Order

served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                  KEVIN V. RYAN
                                  United States Attorney

DATED:   8/2/05                   /S/ Robert D. Rees
                                ROBERT D. REES
                                Assistant United States Attorney

DATED:   8/2/05                   /S/ Daniel Blank
                                DANIEL BLANK
                                Attorney for Ms. Roska

    As the Court found on August 2, 2005, and for the reasons stated above, the Court finds that an exclusion of time between August 2, 2005 and August 30, 2005 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny Ms. Roska continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:  August 4, 2005                             /s/ Bernard Zimmerman
                                              BERNARD ZIMMERMAN
                                              United States Magistrate Judge

Stipulation and Order