UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff, | )<br>)<br>) |
| - vs - | )　Docket No.　CR 05-0414-01 BZ<br>) |
| EMMYLOU ROSKA,<br>　　　　　　Defendant. | )<br>)<br>) |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 14th day of December 2005, be continued until the ~~25th~~ 22nd day of ~~January~~ February 2006, at 1:30 p.m.

6 Dec 05
DATE

_____
BERNARD ZIMMERMAN
United States Magistrate Judge