UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff;

   - vs -

EMMYLOU ROSKA
        Defendant.

Docket No. CR 05-0414-01 BZ

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 22nd day of February, be continued until the 12th day of April 2006, at 1:30 p.m.

16 Feb 06
DATE

BERNARD ZIMMERMAN
United States Magistrate Judge